IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY M. LAGER, ET AL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-155-DWD |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, ET AL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of July 8, 2022 (Doc. 32), reflecting settlement between the parties, this action is **DISMISSED with prejudice** with each party to bear its own costs.

IT IS SO ORDERED.

DATED: September 8, 2022

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**

Page | 1